UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:08-CR-00390-BR

| UNITED STATES OF AMERICA | ) |   |
|---|---|---|
|   | ) |   |
|   | ) |   |
|   | ) | ORDER |
|   | ) |   |
|   | ) |   |
| PATRICK GRAY PEREZ, | ) |   |
| Defendant | ) |   |

This matter is before the court on the government's proposed order, seeking dismissal of the instant indictment pursuant to Fed. R. Crim. P. 48(a). Because the court must ensure dismissal is not clearly contrary to manifest public interest, see United States v. Goodson, 204 F.3d 508, 512 (4th Cir. 2000), and no reason for seeking leave to dismiss is stated in the proposed order, the government is DIRECTED to file a notice specifying the ground(s) for dismissal within five days of this order.

This 17 May 2011.

_____
W. Earl Britt
Senior U.S. District Judge