UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DIVISION

NO. 5:08-CR-390-BR2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| PATRICK GRAY PEREZ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Indictment No. 5:08-CR-390-BR2 as to the above named defendant.

/s/ J. Gaston B. Williams
BY: J. GASTON B. WILLIAMS
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: gaston.williams@usdoj.gov
Virginia State Bar No. 17188

Leave of Court is granted for the filing of the foregoing dismissal.

_____
W. Earl Britt
Senior United States District Judge

Date: 5/23/2011